**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DOMINIK REED,

     Plaintiffs,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

     Defendants.

CIVIL ACTION NO.
1:25-cv-03324-TWT

**ORDER**

This case is before the Court on Plaintiffs' Motion to Dismiss Voluntarily Without Prejudice. [Doc. 6]. The Court GRANTS the motion and DISMISSES this case WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

SO ORDERED, this __13th__ day of August, 2025.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE